FILED
CHARLOTTE, N. C.

JUL 2 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

FILED
CHARLOTTE, N. C.

1 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| VICTORIA SPROUSE, | ) NO. 3:05-CV-00253 |
| Defendant. | ) |

## ORDER FOR ADMISSION OF MICHAEL C. MCGOFF, LARRY A. PANKEY AND ANN D. FULMER PRO HAC VICE

Plaintiff SouthStar Funding, LLC moves for the admission of Michael C. McGoff, Larry A. Pankey and Ann D. Fulmer for the purpose of representing its interest in the above-captioned case. Plaintiff's motion recites that Janet J. Higley, a member of the bar of this Court, will also represent Plaintiff. It appears that Mr. McGoff, Mr. Pankey and Ms. Fulmer are members in good standing of the Georgia Sate Bar and the bar of the United States District Court for the Northern District of Georgia, among others.

THEREFORE, IT IS ORDERED that Michael C. McGoff, Larry A. Pankey and Ann D. Fulmer are admitted to represent Plaintiff pro hac vice in the above-captioned case and it is so ordered this __21st__ day of __July__, 2005.

_____Don C. K_____