# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV253

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC,<br>　　　Plaintiff | )<br>)<br>) |
| vs. | )　　**ORDER** |
| | ) |
| VICTORIA SPROUSE,<br>　　　Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Consent Motion to Vacate Order Granting Plaintiffs Motion for Leave to Amend Complaint, filed November 8th, 2005 by Plaintiff and Defendant and it appearing that there is just cause for the same, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that this Court's Order Granting Plaintiffs Motion for Leave to Amend Complaint entered on October 31, 2005, is hereby VACATED.

**IT IS FURTHER ORDERED** that Defendant shall have fourteen (14) days from the date of the filing of the Motion to Vacate in which to file and serve its response to Plaintiffs Motion for Leave to Amend Complaint and Plaintiff shall have seven days after service of the response brief to file a reply brief.

**Signed: November 8, 2005**

David C. Keesler
United States Magistrate Judge