# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| SOUTHSTAR FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **3:05-CV-00253** |
| VICTORIA SPROUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING MOTION TO AMEND COMPLAINT

Plaintiff's Motion to Amend the Complaint having come before this Court for the second time, the first Order granting said motion having been vacated, is again hereby **GRANTED**. Plaintiff has twenty (20) days from this date to file its Amended Complaint.

Signed: March 8, 2006

David C. Keesler
United States Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|                                          |     |                                        |
| ---------------------------------------- | --- | -------------------------------------- |
|                                          | )   |                                        |
| **SOUTHSTAR FUNDING, LLC,**              | )   |                                        |
|                                          | )   |                                        |
| **Plaintiff,**                           | )   |                                        |
|                                          | )   |                                        |
| v.                                       | )   | **Civil Action No.**                   |
|                                          | )   | **3:05-CV-00253**                      |
| **VICTORIA SPROUSE,**                    | )   |                                        |
|                                          | )   |                                        |
| **Defendant.**                           | )   |                                        |
|                                          | )   |                                        |

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certifies that ORDER GRANTING MOTION TO AMEND COMPLAINT was filed with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Peter Crane Anderson, Esq.
Shumaker, Loop & Kendrick LLP
128 South Tryon Street, Suite 1800
Charlotte, NC 28202

This the 7th day of February, 2006.

**Miles, McGoff & Moore LLC**

**By:**   **s/Larry A. Pankey**
    Larry A. Pankey
    Georgia Bar No. 560725
    (Admitted *Pro Hac Vice*)

Suite 400
4360 Chamblee Dunwoody Road
Atlanta, Georgia 30341-1055
770-457-7000

Janet J. Higley
NC State Bar No. 27892
Kevin V. Parsons
NC State Bar No. 19226
PARKS, CHESIN & WALBERT,
P.C.
521 East Morehead Street, Suite 120
Charlotte, North Carolina 28202
704 377-2770
704 377-2703 (Fax)

**Attorneys for Plaintiff**