# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV253

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> VICTORIA SPROUSE, ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion to Quash Subpoena to BB&T" (document #26), filed on November 30, 2005, and the "Plaintiff's Response to Defendant's Motion to Quash" (document #28), filed on December 14, 2005. The Defendant's motion has been fully briefed, and is ripe for determination.

Having reviewed the pleadings, record, arguments of counsel, and applicable authority, and for the reasons stated in the Plaintiff's Response, the Court finds that the Plaintiff is entitled to the discovery requested from BB&T because it is relevant to the Plaintiff's claims and is not privileged. Fed. R. Civ. P. 26(b)(1). However, it appears to the Court that the Plaintiff has agreed to shorten the time period set forth in the subpoena from "May 1, 2001 through August 31, 2001" to "June 1, 2001 through August 31, 2001." Therefore, the Court will grant in part and deny in part the Defendant's "Motion to Quash Subpoena to BB&T."

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Quash Subpoena to BB&T" is **GRANTED IN PART** and **DENIED IN PART**, that is: the Plaintiff may discover all documents requested by the BB&T subpoena in accordance with any limitations therein, except that the Plaintiff's request shall be limited to transactions occurring on or between the dates June 1, 2001 and August 31, 2001.

Signed: March 10, 2006

_____
David C. Keesler
United States Magistrate Judge