SoIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> VICTORIA SPROUSE, ) <br> ) <br> Defendant. ) <br> ) | **CIVIL ACTION** <br> **NO. 3:05-CV-00253** |

## ORDER FOR ADMISSION OF ALLISON K. WARNER PRO HAC VICE

Plaintiff SouthStar Funding, LLC, moves for the admission of Allison K. Warner for the purpose of representing its interest in the above-captioned case. Plaintiff's motion recites that Janet J. Higley, a member of the bar of this Court, will also represent Plaintiff. It appears that Ms. Warner is a member in good standing of the Georgia Sate Bar and the bar of the United States District Court for the Northern District of Georgia.

THEREFORE, IT IS ORDERED that Allison K. Warner be admitted to represent Plaintiff pro hac vice in the above-captioned case and it is so ordered.

Signed: April 25, 2006

David C. Keesler
United States Magistrate Judge