# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:05-CV-253-W

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VICTORIA L. SPROUSE, )<br>)<br>Defendant. )<br>) | **NOTICE** |

TAKE NOTICE that this matter has been set for status conference and motions hearing on the parties' cross-motions regarding deposition discovery (Doc. Nos. 47, 49) and cross-motions for summary judgment (Doc. Nos. 57, 58), to be held at **3:00 p.m.** on **21 December 2006**, before the undersigned United States District Judge, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. This will be the final hearing prior to trial in this case. As such, brief oral argument on all pending motions will be allowed and limited to fifteen (15) minutes per side. Counsel are directed to seek authorization to settle and have the ability to contact their clients at the time of hearing if necessary.

Signed: November 28, 2006

Frank D. Whitney
United States District Judge