# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Southstar Funding, LLC,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:05CV253

Victoria Sprouse,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Verdict and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's February 2, 2007 Verdict which includes the following monetary awards;

    **Compensatory Award of $150,000.00**
    **Attorneys' Fee Award of $140,000.00**
    **Cost Award of $6,983.40 and**
    **Punitive Damages Award of $450,000.00**

for a total monetary judgment amount of $746,983.40.

FRANK G. JOHNS, CLERK

March 23, 2007

BY: *Candace Cochran*

                        Candace Cochran, Deputy Clerk