# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**DOCKET NO. 3:05-CV-253-W**

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| VICTORIA L. SPROUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court upon Defendant's motion for leave to encumber real property and expend proceeds in excess of $7,000. Based on its review of the motion and the opposition, the Court has determined that additional information is needed before a decision is made. Specifically, the Court requires assurances that the additional indebtedness would leave Defendant with sufficient assets to satisfy the outstanding judgment in this matter. Documents that would aid the Court's decision include, without limitation:

- A current appraisal of the Ocean Boulevard property sought to be mortgaged;

- Defendant's loan application and any documents approving or extending the mortgage;

- Evidence of all other encumbrances on the Ocean Boulevard property (including any first mortgages, liens, and any judgment lien related to this case, *et cetera*), their value, and their relative priority.

Defendant may file her supporting documentation, under seal for *in camera* review, on or before 20 June 2007.

IT IS SO ORDERED.

Signed: June 5, 2007

*Frank D. Whitney*
Frank D. Whitney
United States District Judge