# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:05-CV-00253-FDW

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| VICTORIA L. SPROUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court *sua sponte* to resolve Defendant's motion of March 15, 2007, for leave to encumber real property and expend proceeds in excess of $7,000 (Doc. No. 126). This Court responded to Defendant's motion by Order entered June 5, 2007, requesting additional information (Doc. No. 128). The Court deemed this information necessary to ensure that the additional indebtedness would leave Defendant with sufficient assets to satisfy the outstanding judgment in this matter. Defendant was to provide the additional information on or before June 20, 2007, and Defendant has not done so. Therefore, Defendant's motion for leave to encumber real property and expend proceeds in excess of $7,000 is DENIED.

IT IS SO ORDERED.

Signed: September 17, 2007

Frank D. Whitney
United States District Judge