IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05-CV-253-FDW

| | |
|---|---|
| SOUTHSTAR FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| VICTORIA L. SPROUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's "Motion for Substitution of Chapter 7 Trustee for SouthStar Funding, LLC as Plaintiff" (Doc. No. 132). Pursuant to Rules 17(a) and 23(c) of the Federal Rules of Civil Procedure, the motion is ALLOWED and Harry W. Pettigrew shall be substituted as the plaintiff in his capacity as the Chapter 7 Trustee for SouthStar Funding, LLC.

IT IS SO ORDERED.

Signed: October 30, 2007

Frank D. Whitney
United States District Judge